(January 25, 1972)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN ALLEN CARROLL, Appellant.— Judgment, County Court, Otsego County, rendered September 18, 1970, convicting defendant after trial of the crimes of burglary in the third degree and petit larceny, reversed and a new trial ordered pursuant to stipulation.    Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.